# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NEWMAN,<br><br>       Petitioner,<br><br>  v.<br><br>KELLY SANTORO, Warden,<br><br>       Respondent. | Case No. LACV 18-5494-PSG (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

  Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: 9/4/19

                        HONORABLE PHILIP S. GUTIERREZ
                        UNITED STATES DISTRICT JUDGE