UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NEWMAN,<br><br>                Petitioner,<br><br>       v.<br><br>KELLY SANTORO, Warden,<br><br>                Respondent. | Case No. LACV 18-5494-PSG (LAL)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 5/3/19

                                            HONORABLE PHILIP S. GUTIERREZ
                                            UNITED STATES DISTRICT JUDGE